**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco MEZA–GARCIA, a.k.a. Paco, Defendant–Appellant.**

**No. 11–13292**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 11, 2012.

Joseph A. Cooley, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Paul D. Petruzzi, Law Offices of Paul Petruzzi, PA, Miami, FL, for Defendant–Appellant.

---

42

Francisco Meza–Garcia, Post, TX, pro se.

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

Paul Petruzzi, counsel for Francisco Meza–Garcia in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Meza–Garcia's convictions and sentences are **AFFIRMED.**